

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| IN THE MATTER OF: | * |
| ASSORTED FIREARMS, FIREARM | * |
| PARTS AND ASSORTED | * |
| AMMUNITION | * CASE NO.: 19MC151 |
| | * |
| PETITION TO DISPOSE OF | * |
| FIREARMS, FIREARM PARTS | * |
| AND ASSORTED AMMUNITION | * |

\*\*\*\*\*\*\*

### PETITION TO DISPOSE OF FIREARMS, FIREARM PARTS AND ASSORTED AMMUNTION

**NOW COMES** the Petitioner, Arlene Prescott legal guardian and next friend of Neil Prescott (hereinafter, "Petitioner"), and hereby petitions this Honorable Court for an Order permitting disposition of various firearms, firearm parts and assorted ammunition in accordance with guidance provided by the Supreme Court of the United States in *Henderson v. United States*, 575 U.S \_\_\_\_\_, 135 S. Ct. 1780, 191 L. Ed. 2d 874 (2015). In support of this Petition your Petitioner states as follows:

1. That Neil Prescott legally owned various firearms, firearm parts and assorted ammunition. *See;* Attached as Exhibit #1, a copy of an asset list of firearms, firearm parts and assorted ammunition owned by Neil Prescott. Incorporated herein by reference and made part hereof.

2. That Neil Prescott was found to suffer from schizoaffective disorder and his mother, your Petitioner (Arlene Prescott), was appointed guardian by an Order of the Baltimore County Circuit Court dated April 12, 2018. *See;* Attached as Exhibit #2, a copy of an Order

appointing Arlene Prescott as Guardian of Neil Prescott dated April 12, 2018. Incorporated herein by reference and made part hereof.

3. That in *Henderson v. United States*, 575 U.S \_\_\_\_\_, 135 S. Ct. 1780, 191 L. Ed. 2d 874 (2015), the Supreme Court of the United States ruled 18 USC §922(g) did not bar the transfer of lawfully owned firearms from government custody to a third party by court order as long as the court is satisfied the recipient will not give a disqualified owner control over the transferred firearms. The specific context of *Henderson* involved a convicted felon.

4. In essence, *Henderson*, provides guidance how a prohibited person can dispose of firearms and/or ammunition. Relevant to the instant Petition, *Henderson* provides a court may "order that the guns be turned over to a firearms dealer, himself independent of the felon's control, for subsequent sale on the open market." *See;* 135 S. Ct. at 1786.

5. That the Bureau of Alcohol, Tobacco, Firearms and Explosives (hereinafter, "ATF") seized and has possession of the firearms, firearm parts and assorted ammunition described in Exhibit #1. The firearms, firearm parts and assorted ammunition described in Exhibit #1 are being held under ATF Agency Case Number: 761030-12-0077.

6. That by letter dated January 25, 2019, the ATF requested how, if at all, the Petitioner wished to dispose of the firearms, firearm parts and assorted ammunition described in Exhibit #1. *See;* Attached as Exhibit #3, a copy of a letter from the ATF to Neil Prescott in care of the Petitioner dated January 25, 2109. Incorporated herein by reference and made part hereof.

7. The Petitioner selected federal firearm licensee Payday Jewelry Loans, Inc., doing business as Carolina Guns and Gear to accept and sell the firearms, firearm parts and assorted ammunition described in Exhibit #1. S*ee;* Attached as Exhibit #4, a copy of a federal firearms license for Payday Jewelry Loans Inc. Incorporated herein by reference and made part hereof.

8. That licensee Payday Jewelry Loans, Inc., doing business as Carolina Guns and Gear is willing to accept the firearms, firearm parts and assorted ammunition described in Exhibit #1 for resale and is independent of the control of either Neil Prescott or the Petitioner.

9. That ATF requires an order from this Honorable Court to transfer the firearms, firearm parts and assorted ammunition described in Exhibit #1 to Payday Jewelry Loans, Inc., doing business as Carolina Guns and Gear, or any other federal firearm licensee independent of the control of either Neil Prescott or the Petitioner, for disposition by resale on the open market.

10. That no party will be prejudiced if the relief sought herein is granted.

11. That in the interests of justice the relief sought herein should be granted.

**WHEREFORE**, the Petitioner, Arlene Prescott, respectfully requests this Honorable Court grant the relief sought herein and pass an Order permitting and directing the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives to transfer the firearms, firearm parts and assorted ammunition described in Exhibit #1 to Payday Jewelry Loans, Inc., doing business as Carolina Guns and Gear, or any other federal firearm licensee independent of the control of either Neil Prescott or the Petitioner, for disposition by resale on the open market and grant any other, or further, relief this Honorable Court deems appropriate or the interests of justice may require.

Respectfully submitted,

_____
Paul R. Kramer
One North Charles Street
Suite 1104
Baltimore, Maryland 21201
Tel: (410) 727-5531
Fax: (410) 727-2186
Paulkramer11@aol.com

**Attorney for Petitioner**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** this __12Th__, day of **March, 2019**, a copy of the foregoing Petition, with proposed Order and Exhibits, was filed forwarded electronically to: James D. Ingram, Associate Chief Counsel, United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives at james.ingram@usdoj.gov.; and by United States Postal Service, first class mail, to:

U.S. Department of Justice
AFSPD – Room (3.N.600)
99 New York Avenue NE
Washington, D.C. 20226
ATTENTION: Asset Forfeiture Division Legal Team

_____
Paul R. Kramer